**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SURESH PACKIRISAMY,      :   No. 672 MAL 2021
                       :
         Petitioner       :
                       :   Petition for Allowance of Appeal
                       :   from the Order of the Superior Court
        v.                   :
                       :
                       :
BANUPRIYA SURESH,         :
                       :
        Respondent      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.